UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY ROMERO,<br><br>Defendant. | 5:23-CR-50136-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

On October 13, 2023, defendant, Kelly Romero, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Indictment. The Indictment charges Romero with Escape from Custody, in violation of 18 U.S.C. §§ 751(a) and 4082. Docket 5. The parties waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 27) is adopted. The defendant is adjudged guilty of Escape from Custody, in violation of 18 U.S.C. §§ 751(a) and 4082.

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on January 25, 2024 at 11:00 a.m. in Rapid City Courtroom 2.

Dated October 13, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE